944

No. 82–1601. GILMORE v. KOEHLER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 82–1603. TOYBOX CORP. v. ILLFELDER TOY CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 82–1604. DEWEY v. UNIVERSITY OF NEW HAMPSHIRE ET AL. C. A. 1st Cir. Certiorari denied.

No. 82–1605. MCGINNIS v. LANGHORNE MANOR BOROUGH. Pa. Commw. Ct. Certiorari denied.

No. 82–1613. HELMERICH & PAYNE, INC. v. ROCK ISLAND IMPROVEMENT CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 82–1617. NITZ v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 82–1618. BENSON v. SCHWARTZ ET AL. Sup. Ct. Va. Certiorari denied.

No. 82–1619. ILLINOIS v. TILLER. Sup. Ct. Ill. Certiorari denied.

No. 82–1622. BARUCH v. SHERIFF OF COOK COUNTY. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–1623. AMERICAN AIRLINES, INC. v. BRANIFF AIRWAYS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–1637. STENDEBACH v. CPC INTERNATIONAL, INC. C. A. 5th Cir. Certiorari denied.